**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 406 EAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
LAURENN HARVIN, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2014, the Petition for Allowance of Appeal

is **DENIED**.